IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00029-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HUBERTO ESPINDOLA-SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court with regard to Defendant's Second Motion to Suppress [DE-66]. A hearing on Defendant's first Motion to Suppress [DE-47] is scheduled for **Friday, August 21, 2015, at 10:30 a.m.** in Courtroom 3 in the Alton Lennon Federal Building in Wilmington, North Carolina. July 28, 2015 Order [DE-58]. The undersigned will also take up Defendant's Second Motion to Suppress [DE-66] at the hearing. Should the Government wish to file a written response prior to the hearing, any such response shall be filed no later than **Monday, August 17, 2015**.

SO ORDERED, this the 6 day of August 2015.

Robert B. Jones, Jr.
United States Magistrate Judge